x:\tc51600\appear

WDJ/ls
File No.: TC-51600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION

---------------------------------------------------------------------------X

LUCILA DUTAN,

                                                    **NOTICE OF APPEARANCE**

                              Plaintiff,

                                                    **06 CV 14623**

              -against-

45 WALL STREET LLC, 88 GREENWICH LLC, 90
CHURCH STREET LIMITED PARTNERSHIP, ALAN
KASMAN DBA KASCO, AMBIENT GROUP, INC.,
ANN TAYLOR STORES CORPORATION, BATTERY
PARK CITY AUTHORITY, BELFOR USA GROUP,
INC., BALCK DIAMONDS LLC, BLACKMON-
MOORING-STEAMATIC CATASTOPHE, INC. D/B/A
BMS CAT, BOSTON PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC., ENVIROTECH
CLEAN AIR, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC., INDOOR
ENVIRONEMNTAL TECHNOLOGY, INC., KASCO
RESTORATION SERVICES CO., MERRILL LYNCH
& CO., INCH, NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
STRUCTURE TONE (UK), INC., STRUCTURE TONE
GLOBAL SERVICES, INC., TOSCORP INC.,
WESTON SOLUTIONS, INC., WFP TOWER B CO.
G.P. CORP., WFP TOWER B HOLDING CO., LP, AND
WFP TOWER B. CO., L.P., ET AL.,

                              Defendants.

---------------------------------------------------------------------------X

COUNSELORS:

PLEASE TAKE NOTICE, that the defendants, STRUCTURE TONE, INC. s/h/a

STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES,

INC., hereby appear in the above entitled action, and that the undersigned have been

retained as attorneys for said defendant and demand that copies of all papers in this action

be served upon the undersigned at the office and address stated below:

Dated: New York, New York
   July 9, 2007

          WILLIAM D. JOYCE, III, ESQ. (WDJ 9899)
          BARRY, McTIERNAN & MOORE
          Attorneys for Defendants
          STRUCTURE TONE, INC. s/h/a
          STRUCTURE TONE (UK), INC. and
          STRUCTURE TONE GLOBAL SERVICES, INC.
          2 Rector Street – 14th Floor
          New York, New York 10006
          (212) 313-3600

TO:
WORBY, GRONER, EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiffs
115 Broadway – 12th Floor
New York, New York 10006
(212) 267-3700