AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )

                                    )ss.:

COUNTY OF NEW YORK)

    LORI A. SPECIALE, being duly sworn, deposes and says:  I am not a party to

this action, am over 18 years of age and reside in Staten Island, New York.

    That on July 10, 2007 a true copy of the annexed NOTICE OF APPEARANCE

was served in the following manner:

    By mailing the same in a sealed envelope, with postage prepaid thereon, in a post-

office or official depository of the U.S. Postal Service within the State of New York,

addressed to the last known address of the addressee(s) as indicated below:

WORBY, GRONER, EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiffs
115 Broadway – 12th Floor
New York, New York  10006
(212) 267-3700

_____
                    LORI A. SPECIALE

Sworn to before me this
10th day of July, 2007

Rosemary A. Costa

Rosemary A. Costa
Commissioner of Deeds
City of New York Number: 5-1562
Certificate Filed in New York County
Commission Expires Aug 01, 20__