| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | 21 MC 102 (AKH) |
| IN RE LOWER MANHATTAN DISASTER SITE LITIGATION | |
| LUCILA DUTAN<br><br>             Plaintiff,<br><br>     -against-<br><br>BELFOR USA GROUP, INC., et al.<br>             Defendants. | DOCKET NUMBER: (AKH) 06CV14623<br><br>NOTICE OF ADOPTION OF<br>ANSWER TO MASTER COMPLAINT OF<br>BELFOR USA GROUP, INC. |

Defendant, Belfor USA Group, Inc. ("Belfor"), hereby adopts as its Answer in the instant case its Answer and Defenses to Plaintiffs' Master Complaint in this litigation which were filed and served on August 3, 2007. In accordance with Case Management Order No. 4, the allegations of the instant Check-Off Complaint are deemed to be denied. By way of further answer, Belfor also incorporates by reference all averments and denials of its Answer and Defenses to the Master Complaint as though same were more fully set forth herein at length.

Dated: New York, New York
       September 12, 2007

                                        COZEN O'CONNOR

                                        By: _____
                                        James F. Desmond, Jr., Esquire (JD-8941)
                                        45 Broadway Atrium, Suite 1600
                                        New York, New York 10006
                                        (212) 509-9400
                                        Attorneys for Defendant
                                        Belfor USA Group, Inc.

OF COUNSEL:
Thomas R. Harrington
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
(215) 665-2706

## CERTIFICATE OF SERVICE

I, JAMES F. DESMOND, JR., hereby certify that a true and correct copy of Defendant Belfor USA Group, Inc.'s Notice of Adoption of Answer and Defenses to Master Complaint was served this 12 of September, 2007, via ECF upon the following:

Gregory J. Cannata, Esquire
The Law Firm of Gregory J. Cannata
233 Broadway – Floor 5
New York, New York  10279

Robert Grochow, Esquire
The Law Firm of Gregory J. Cannata
233 Broadway – Floor 5
New York, New York  10279

Christopher R. LoPalo, Esquire
Worby Groner Edelman & Napoli Bern, LLP
115 Broadway – 12th Floor
New York, New York  10006

Richard Williamson, Esquire
Fleming Zulack Williamson Zauder, LLP
One Liberty Plaza
New York, New York 10006

James Tyrell, Esquire
Patton Boggs, L.L.P.
One Riverfront Plaza, 6th Floor
Newark, N.J. 07102

Andrew Carboy, Esquire
Sullivan, Papain, Block,
McGrath & Cannavo, P.C.
120 Broadway
New York, NY 10271

Peter Wies, Esquire
The City of New York Law Department
World Trade Center Unit
100 Church Street
New York, NY  10007

_____
James F. Desmond, Jr.

PHILADELPHIA\3346002\1