UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                            :

IN RE WORLD TRADE CENTER LOWER     :    21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION  :

                                            :

                                            :
-------------------------------------------------------------X

LUCILA DUTAN,                          :    06-CV-14623-AKH
                                            :

                    Plaintiff,    :

                                           :    **APPEARANCE**

   - against -                      :

                                           :

45 WALL STREET LLC, *et al.*,        :    **ELECTRONICALLY FILED**
                                           :

                  Defendants.   :
-------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York          DICKSTEIN SHAPIRO LLP
       October 3, 2007

                             By:     /s/ Judith R. Cohen
                                 _____
                                 Judith R. Cohen (JC-8614)
                                 1177 Avenue of the Americas
                                 New York, New York 10036
                                 Phone: (212) 277-6500
                                 Fax: (212) 277-6501

                                 *Attorney for Defendant*
                                 MERRILL LYNCH & CO., INC.

2