Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
AMG REALTY PARTNERS, LP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 102 (AKH)

LUCILA DUTAN,                                        Index No.: 06-CV-14623

                             Plaintiff(s),        **NOTICE OF ADOPTION OF ANSWER**
                                                 **TO MASTER COMPLAINT**
     -against-

45 WALL STREET LLC, *et al.*,                 **ELECTRONICALLY FILED**

                                     Defendant(s).
------------------------------------------------------------X

       PLEASE TAKE NOTICE that Defendant, AMG REALTY PARTNERS, LP, by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the Defendant, AMG REALTY PARTNERS, LP, demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      December 31, 2007

      Yours etc.,

      McGIVNEY & KLUGER, P.C.
      Attorneys for Defendant
      AMG REALTY PARTNERS, LP

      By: _____
      Richard E. Leff (RL-2123)
      80 Broad Street, 23rd Floor
      New York, New York 10004
      (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
       Plaintiffs Liaison
       In Re Lower Manhattan Disaster Site Litigation
       115 Broadway, 12th Floor
       New York, New York 10006
       (212) 267-3700

       All Defense Counsel