Frank A. Scanga, Esq. (FS 1460)
477 Madison Avenue
21st Floor
New York, New York 10022
(212) 758-4040

Attorney for Defendants:
45 Wall St. L.L.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

                                                                    21 MC 102(AKH)

THIS DOCUMENT ONLY APPLIES TO THOSE
CASES IN THE WORLD TRADE CENTER
LOWER MANHATTAN DISASTER SITE
LITIGATION BEARING DOCKET NUMBER(S)    FEDERAL CIVIL
                                                                      RULE 7.1 DISCLOSURE

06-CV-14623 (Dutan)
07-CV-4510 (Rendon)
07-CV-05283 (Dabrowski)

IN WHICH 45 WALL ST. L.L.C.
PARTIES ARE DEFENDANTS

------------------------------------------------------------------X

SIRS:

       Defendants, 45 Wall St. L.L.C., s/h/a 45 WALL STREET LLC, by their attorney, Frank A. Scanga, Esq, is a privately held company. No publicly held corporation owns 10 percent or more of its stock.

Dated: New York, New York
          January 14, 2008

                                                   FRANK A. SCANGA, ESQ.
                                                   Attorney for Defendants,
                                                   45 Wall St. L.L.C.

477 Madison Avenue
21st Floor
New York, New York 10022
(212) 758-4040

By: _____
Frank A. Scanga (FS 1460)