UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION             21 MC 102(AKH)
THIS DOCUMENT APPLIES TO ALL WORLD
TRADE CENTER DISASTER LITIGATION               NOTICE OF
                                               APPEARANCE

-----------------------------------------------------------------X

To the Clerk of the Court and all parties of record:

Enter appearance of the undersigned as counsel in this case for defendants, 45 Wall St. L.L.C. s/h/a 45 WALL STREET LLC.

The undersigned certifies that he is admitted to practice in this Court.

Dated: New York, New York
       January 14, 2008

                                        FRANK A. SCANGA, ESQ.
                                        Attorney for Defendants,
                                        45 Wall St. L.L.C.
                                        477 Madison Avenue
                                        21st Floor
                                        New York, New York 10022
                                        (212) 758-4040

                        By:   _____
                              Frank A. Scanga (FS 1460)