Frank A. Scanga, Esq. (FS 1460)
477 Madison Avenue
21st Floor
New York, New York 10022
(212) 758-4040

Attorney for Defendant:
45 Wall St. L.L.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION
-------------------------------------------------------------X   21 MC 102(AKH)
LUCILA DUTAN,

                             Plaintiff(s),         06CV14623 (AKH)

   -against-                                    NOTICE OF ADOPTION OF
                                                           ANSWER TO MASTER
45 WALL STREET LLC, et al.                      COMPLAINT

                             Defendant(s).
-------------------------------------------------------------X

     PLEASE TAKE NOTICE that Defendant, **45 WALL ST. L.L.C. s/h/a 45 WALL STREET LLC** (hereinafter referred to as "45 WALL") by it's attorney, Frank A. Scanga, Esq., as and for their response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts it's Answer to the Master Complaint dated, filed and served January 16, 2008, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH). The responses to all of the allegations in the Master Complaint are adopted herein and are applicable to the Check-Off Complaint served and filed herein.

     **PLEASE TAKE FURTHER NOTICE** that defendant, 45 WALL, reserves the right to

serve and file an amended answer and specifically reserves the right to interpose a cross-claim against any and all co-defendants.

**PLEASE TAKE FURTHER NOTICE** that defendant, 45 WALL, also adopts all affirmative defenses and the jury demand herein.

**WHEREFORE**, the defendant, 45 WALL demands judgment dismissing the above-captioned actions as against it together with it's costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
January 14, 2008

           FRANK A. SCANGA, ESQ.
           Attorney for Defendants,
           45 Wall St. L.L.C.
           477 Madison Avenue
           21st Floor
           New York, New York 10022
           (212) 758-4040

     By:  _____
           Frank A. Scanga (FS/1460)

To: Worby Groner Edelman & Napoli Bern
   115 Broadway, 12th Floor
   New York, NY 10006
   (212) 267-3700

   Robert A. Grochow, Esq.
   233 Broadway, 5th Floor
   New York, New York 10279
   (212) 608-4400

   Gregory J. Cannata, Esq.
   233 Broadway, 5th Floor
   New York, New York 10279
   (212) 553-9206